## STANISLAW CZAPLICKI *v.* EUFEMIA CZAPLICKI
## (AC 16961)

O'Connell, C. J., and Lavery and Dupont, Js.

Submitted on briefs December 5, 1997—officially released January 6, 1998

Per Curiam. The judgment is affirmed.

## JACK BIRNBERG ET AL. *v.* MEERA
## SANKARAN ET AL.
## (AC 16444)

O'Connell, C. J., and Schaller and Cretella, Js.

Argued December 15, 1997—officially released January 6, 1998

Per Curiam. The judgment is affirmed and the case is remanded for the purpose of setting new law days.

## STATE OF CONNECTICUT *v.* EVERETT EDWARDS
## (AC 16518)

Foti, Landau and Daly, Js.

Argued December 12, 1997—officially released January 6, 1998

Per Curiam. The judgment is affirmed.